United States District Court
Southern District of Texas
**ENTERED**
July 31, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OMAR AHMADI | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-26-2325 |
| | § | |
| KRISTI NOEM, in Official Capacity as | § | |
| Secretary of the Department of | § | |
| Homeland Security, *et al* | § | |

## ORDER OF DISMISSAL

In accordance with the Plaintiff's Notice of Voluntary of Dismissal filed on July 19, 2026

(Doc. No. 16), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i).

SIGNED this _____31st_____ day of July 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE